

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 24 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LOUIS EPPOLITO,

                Petitioner,

– against –

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

11-CV-5123

**JACK B. WEINSTEIN, Senior United States District Judge:**

    (1) The application of petitioner for thirty days to file an additional memorandum of law is granted.

    (2) The government shall file its response and brief by December 30, 2011.

    (3) All memoranda shall be submitted by January 9, 2012.

    (4) An evidentiary hearing will be conducted on January 19, 2012, at 10:00 a.m.

    (5) The parties shall exchange lists of all witnesses and summaries of their expected testimony; reports of expert witnesses pursuant to Rule 26 of the Federal Rules of Civil Procedure; requests for *Daubert* hearings; and marked copies of documents to be submitted, before January 12, 2012. On that date, at 10:00 a.m., the parties shall appear before the court to conduct a preliminary conference.

(6) Mr. Eppolito shall appear at the conference on January 12 and the hearing on January 19 in person. The government shall arrange for his production.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: October 24, 2011
       Brooklyn, New York