FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 10 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LOUIS EPPOLITO,

    Petitioner,

– against –

UNITED STATES OF AMERICA,

    Respondent.

---

STEPHEN CARACAPPA,

    Petitioner,

– against –

UNITED STATES OF AMERICA,

    Respondent.

---

SCHEDULING ORDER

11-CV-5123

11-CV-4921

**JACK B. WEINSTEIN, Senior United States District Judge:**

As noted on the attached letter from counsel for petitioner Caracappa, the cases shall be consolidated and the proposed briefing schedule is approved. Reply briefs on behalf of either or both of the petitioners, if needed, shall be filed by May 14, 2012.

The hearing scheduled for January 19, 2012, in *Eppolito v. United States*, No. 11-CV-5123, is cancelled. A non-evidentiary hearing will be held on the consolidated cases on June 4, 2012. The government will make preparations to ensure that Mr. Eppolito and Mr. Caracappa are capable of participating in the hearing by telephone. Preparations for the hearing may be made by contacting Courtroom Deputy June Lowe at (718) 613-2525.

*The hearing is adjourned to 8/9/12 at 10:00 a.m.*

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

*Dated: 5/16/12*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 18 2012 ★

BROOKLYN OFFICE